UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-22441-CIV-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SALLY JIM**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon the Miccosukee Tribe's Motion to Withdraw Miccosukee Tribe's Objections to Magistrate Judge's Order ECF No. 99 ("Motion") [ECF No. 103]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Motion is withdrawn, and the hearing scheduled for April 6 is **CANCELLED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 3rd day of April, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record