UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-22441-CIV-ALTONAGA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**SALLY JIM**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Withdraw as Counsel for Sally Jim (the "Motion") [ECF No. 116], filed April 22, 2015, by Bernardo Roman, III, Esq. and Daniel E. Davis, Esq. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 116]** is **GRANTED**.

2. **On today's date**, withdrawing counsel shall serve Defendant with a copy of this Order and file a notice with the Court certifying same.

3. Counsel for Defendant shall be relieved of all further responsibilities related to Defendant, Sally Jim, in these proceedings, assuming strict compliance with 2. above. Defendant, Sally Jim, shall, within five (5) calendar days of service of this Order, either: (a) retain new counsel, and have new counsel file a notice of appearance, or (b) file a notice of intent to proceed *pro se*.

4. The deadline for filing a response to the Government's Motion for Summary

CASE NO. 14-22441-CIV-ALTONAGA

Judgment [ECF No. 111] will not be affected by the change in counsel for Sally Jim.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of April, 2015.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record