UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22441-CIV-ALTONAGA/McAliley

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALLY JIM,

    Defendant.
_____/

## ORDER GRANTING BERNARDO ROMAN III AND BERNARDO ROMAN III P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR THE MICCOSUKEE TRIBE

This case comes before the Court upon Bernardo Roman III and Bernardo Roman III, P.A.'s Motion to Withdraw as Counsel for the Intervenor-Defendant, Miccosukee Tribe of Indians of Florida ("Motion") [ECF No. 121], filed May 18, 2015. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1) The Motion **[ECF No. 121]** is **GRANTED**.

2) Bernardo Roman III, Esq., Bernardo Roman III, P.A., and all of their associates are withdrawn as counsel of record for the Miccosukee Tribe and shall be relieved of all further responsibilities related to this proceeding.

**DONE AND ORDERED** in Chambers at Miami, Florida this 18th day of May, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record