UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-22441-CIV-ALTONAGA/O'Sullivan

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SALLY JIM,

      Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon the United States' Motion to Reopen the Case ("Motion") [ECF No. 123]. Being fully advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. The Clerk is instructed to REOPEN this matter. The Government shall re-file its summary judgment motion by June 17, 2015.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of June, 2015.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:    counsel of record