IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
)
      Plaintiff, )
)
v. )  Civil No.: 1:14-cv-22441-CMA
)
SALLY JIM )
      Defendant. )

## DECLARATION OF BERLINDA NEZ

I, Berlinda Nez, hereby declare pursuant to Title 28, United States Code, section 1746, as follows:

1. I am employed by the Internal Revenue Service as an Indian Tribal Governments Specialist in the Albuquerque, New Mexico, office. I am assigned to assist with issues related to the Miccosukee Tribe of Indians of Florida, including the tax assessments made against Sally Jim, a member of the Tribe, for the 2001 tax year.

2. In the course of performing my duties I have access to certain computer records of the Internal Revenue Service. In the course of performing my duties, I examine these records and interpret them in civil litigation contexts. I have conducted a search of the Internal Revenue Service records within my custody and control in connection with the federal income tax liabilities of Sally Jim, as detailed in the Certificate of Assessments, Payments, and Other Specified Matters for the 2001 tax years attached to this declaration as Exhibit A. The Certificates of Assessments and Payments (Forms 4340) are a certified summary of those entries of assessments, payments, credits, and required statutory notifications transmitted to the taxpayer. Forms 4340 are maintained in the course of regularly conducted business activities of

12625553.1

the IRS. Based on my review, the Internal Revenue Service records reflect the facts set forth below.

3. On the dates and in the amounts set forth below, a delegate of the Secretary of Treasury made assessments against Sally Jim for federal income tax liabilities, penalties, and interest for tax year 2001.

| Tax Year | Date Assessed | Tax Assessed | Penalties Assessed | Interest Assessed |
|---|---|---|---|---|
| 2001 | 09/13/2004 | $15,498.00 | $2,551.95*<br>$1,644.59**<br>$430.55*** | $1,783.72 |
| | 06/26/2006 | | $1,190.91** | |
| | 12/31/2012 | $95,823.00 | $21,560.18*<br>$3,833.70*** | |

*late filing penalty – 26 U.S.C. § 6651(a)(1)
**failure to pay penalty – 26 U.S.C. § 6651(a)(2)
***estimated tax penalty – 26 U.S.C. § 6654

Exhibit A (Form 4340, Certified Transcript).

4. Additionally, on May 6, 2013, the IRS assessed a collection fee against Ms. Jim of $20.00 for the year 2001.

5. The IRS issued Ms. Jim notices and demands for payment of her federal income tax assessments described in paragraphs 3 above. However, despite these notices and demands for payment, Ms. Jim failed to pay her federal income tax liabilities in full. Ms. Jim continues to accrue interest, penalties, and statutory additions.

6. After confirming the assessments described above, I used the command code INTST to compute the unpaid balance of those assessments, plus accrued interest and failure to pay penalties for each tax year. Interest at the applicable quarterly rate is compounded daily in accordance with 26 U.S.C. § 6621(a)-(b) of the Internal Revenue Code (26 U.S.C.). A true and correct copy of the INTST computation transcript is attached to this Declaration as Exhibit B.

As the INTST transcripts demonstrate, Sally Jim owes the United States a total of $278,758.83 as of April 9, 2015, plus fees, interest, and all statutory additions thereafter as provided by law for the tax year 2001.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on April _15_, 2015.

Berlinda Nez
Indian Tribal Governments Specialist
Internal Revenue Service

12625553.1