

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: JAN 2 1 2015

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of Sally Jim on respect to 1040 taxes specified is true and complete transcript for the period ending Dec. 31, 2001 (200112) and all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Consisting of 6 pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Claudette Johnson
Accounting Operations Manager
Kansas City Submission Processing Center



**Exhibit**
A to Nez Decl

Catalog Number 19002E          *U.S. GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

SALLY JIM                                  EIN/SSN:        -2393


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2001

                                    ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                    (REVERSAL)    (REVERSAL)  RAC 006 )
------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                   347,800.00

           TAXABLE INCOME
                   343,250.00

10-23-2003 SUBSTITUTE FOR RETURN                   0.00        11-10-2003
           72210-296-08420-3

04-06-2004 STATUTORY NOTICE OF
           DEFICIENCY

           ESTIMATED TAX PENALTY     430.55                    09-13-2004
           20043508

04-15-2002 WITHHOLDING CREDIT                      4,156.00

           ADDITIONAL TAX ASSESSED   15,498.00                 09-13-2004
           49254-638-64733-4   20043508

08-24-2004 STATUTORY NOTICE OF
           DEFICIENCY CLOSED

           LATE FILING PENALTY       2,551.95                  09-13-2004
           20043508

           INTEREST ASSESSED         1,783.72                  09-13-2004
           20043508

           FAILURE TO PAY TAX        1,644.59                  09-13-2004
           PENALTY
           20043508

02-21-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    1
```

SALLY JIM                                          EIN/SSN:        -2393

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-26-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-10-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20062408 | 1,190.91 | | 06-26-2006 |
| 12-31-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-18-2008 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | ESTIMATED TAX PENALTY 20125105 | 3,833.70 | | 12-31-2012 |
| | LATE FILING PENALTY 20125105 | 21,560.18 | | 12-31-2012 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20150806 29247-745-00040-2  20125105 | 95,823.00 | | 12-31-2012 |

FORM 4340  (REV. 01-2002)                         PAGE    2

```
SALLY JIM                               EIN/SSN:        -2393


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001


                                        ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS  CREDIT      DATE (23C,
                                        (REVERSAL)    (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------------

12-31-2012 RENUMBERED RETURN
           29247-745-00040-2

12-05-2012 ASSESSMENT STATUTE EXPIR
           DATE EXTEND TO 08-06-2015

02-14-2013 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-25-2013 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

02-19-2013 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

04-12-2013 FEDERAL TAX LIEN

05-06-2013 FEES AND COLLECTION COSTS                   20.00

06-16-2014 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

06-03-2014 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)               PAGE    3
```

SALLY JIM                                EIN/SSN:        -2393


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2001


|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE (23C, |
|  |  | (REVERSAL) | (REVERSAL) | RAC 006 ) |
| --- | --- | --- | --- | --- |
| 07-21-2014 | LEGAL SUIT PENDING | | | |
| 03-10-2003 | Taxpayer Deliquency Notice | | | |
| 09-13-2004 | Statutory Notice of Balance Due | | | |
| 10-18-2004 | Notice of Balance Due | | | |
| 11-22-2004 | Notice of Balance Due | | | |
| 12-27-2004 | Statutory Notice of Intent to Levy | | | |
| 06-26-2006 | Statutory Notice of Balance Due | | | |
| 06-25-2007 | Statutory Notice of Balance Due | | | |
| 12-17-2007 | Statutory Notice of Intent to Levy | | | |
| 06-23-2008 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                PAGE   4

SALLY JIM                                    EIN/SSN:          -2393


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-29-2009 | Statutory Notice of Balance Due | | | |
| 06-28-2010 | Statutory Notice of Balance Due | | | |
| 06-25-2012 | Statutory Notice of Balance Due | | | |
| 12-31-2012 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    5

SALLY JIM                                          EIN/SSN:         -2393


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001
------------------------------------------------------------------------


BALANCE        140,180.60

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Claudette Johnson*

PRINT NAME: Claudette Johnson

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 01/16/2015

FORM 4340  (REV. 01-2002)              PAGE    6

```
INTST     -2393
30 200112 04082015 JIM
              2,835.50  ASSESSED FTP
              1,783.72  ASSESSED INT
            135,561.38  TAX & PENALTY
            140,180.60  ASSESSED TOTAL
             23,955.74  ACCRUED FTP
            114,601.55  ACCRUED INT
            138,557.29  TOTAL ACCRUALS
             26,791.24  TOTAL FTP
            116,385.27  TOTAL INT
            278,737.89  BALANCE DUE




INTST     -2393
30 200112 04092015 JIM
              2,835.50  ASSESSED FTP
              1,783.72  ASSESSED INT
            135,561.38  TAX & PENALTY
            140,180.60  ASSESSED TOTAL
             23,955.74  ACCRUED FTP
            114,622.49  ACCRUED INT
            138,578.23  TOTAL ACCRUALS
             26,791.24  TOTAL FTP
            116,406.21  TOTAL INT
            278,758.83  BALANCE DUE
```

04/09/2015



Exhibit
B to Nez Decl