# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 1:14-cv-22441-CMA |
| | ) | |
| SALLY JIM | ) | |
| Defendant. | ) | |

## DECLARATION OF WILLIAM FARRIOR

I, William Farrior, hereby declare pursuant to Title 28, United States Code, section 1746, as follows:

1. My business address is 555 4th Street Northwest, Washington, D.C. 20001.

2. I am a trial attorney with the United States Department of Justice Tax Division, and counsel for the United States in the above-referenced case. I have prepared this declaration in support of the United States' Motion for Summary Judgment.

3. Within my official capacity, I have temporary custody of Department of Justice and Internal Revenue Service files for the above-captioned case.

4. Attached as exhibit 1 is a true and correct copy of General Council Minutes dated February 2, 1995, obtained from the IRS.

5. Attached as exhibit 2 is a true and correct copy of a Gross Receipts Tax Ordinance obtained from Sally Jim.

6. Attached as exhibit 3 is a true and correct copy of two memoranda from B. Cypress to Mike Hernandez obtained from the IRS.

12625902.1

7. Attached as exhibit 4 is a true and correct copy of meeting notes prepared by IRS Revenue Agent James Furnas dated August 1, 2006 obtained from the IRS.

8. Attached as exhibit 5 is a true and correct copy of a tax return prepared for Sally Jim obtained from Sally Jim.

9. Attached as exhibit 6 is a true and correct copy of excerpts of General Council Minutes dated Aug. 3, 2000, obtained from the IRS.

10. Attached as exhibit 7 is a true and correct copy of General Council Minutes dated Nov. 2, 1995, obtained from the IRS.

11. Attached as exhibit 8 is a true and correct copy of General Council Minutes dated May 4, 2000, obtained from the Miccosukee Tribe of Indians of Florida.

12. Attached as exhibit 9 is a true and correct copy of General Council Minutes dated May 2, 2002, obtained from the Tribe.

13. Attached as exhibit 10 is a true and correct copy of excerpts of a transcript of a hearing in *Miccosukee Tribe of Indians v. Lehtinen*, 11-39362 (11th Jud. Cir. Fla. dated Dec. 23, 2013).

14. Attached as exhibit 11 is a true and correct copy of the transcript of the deposition of Sally Jim, taken in this case on March 24, 2015.

15. Attached as exhibit 12 is a true and correct copy of the transcript of the deposition of Colley Billie, taken in this case on March 26, 2015.

16. Attached as exhibit 13 is a true and correct copy of the transcript of the deposition of Gabriel Osceola, Rule 30(b)(6) representative of the Tribe, taken in this case on April 2, 2015.

17. Attached as exhibit 14 is a true and correct copy of the subpoena and list of topics for the Rule 30(b)(6) deposition of Gabriel Oscoela.

12625902.1

18. Attached as exhibit 15 is a true and correct copy of the transcript of the deposition of Jose Marrero taken in this case on March 16, 2015.

19. Attached as exhibit 16 is a true and correct copy of a listing of distributions to tribal members obtained from the IRS.

20. Attached as exhibit 17 is a true and correct copy of the Tribe's Financial Statements for September 2001 obtained from the Tribe.

21. Attached as exhibit 18 is a true and correct copy of the Tribe's Financial Statements for September 2002 obtained from the Tribe.

22. Attached as exhibit 19 is a true and correct copy of the Miccosukee Indian Bingo Financial Statement for years ending June 2001 and June 2002 obtained from the Tribe.

23. Attached as exhibit 20 is a true and correct copy of interrogatory responses received from Sally Jim along with a memorandum referred to in the interrogatory response.

24. Attached as exhibit 21 is a true and correct copy of a cover memorandum prepared by Dexter Lehtinen dated June 26, 2006, obtained from the IRS.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2015.

s/ William E. Farrior
William E. Farrior
Trial Attorney

12625902.1