# Exhibit 18

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

FINANCIAL STATEMENTS

OF THE GENERAL FUND

September 30, 2002

SJ002641

# C O N T E N T S

| | Page Numbers |
|---|---|
| REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS | 1 |
| FINANCIAL STATEMENTS | |
| Balance Sheet | 2 |
| Statement of Revenues and Expenditures | 3 |
| Statement of Changes in Fund Balance | 4 |
| Statement of Revenues and Expenditures – Budget and Actual | 5 |
| Notes to the Financial Statements | 6 |

SJ002642



MENENDEZ, CPA, P.A.
Certified Public Accountants

## REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS

To the Business Council of the
Miccosukee Tribe of Indians of Florida

We have audited the accompanying financial statements of the general fund of the Miccosukee Tribe of Indians of Florida (the Tribe) as of and for the year ended September 30, 2002, as listed in the accompanying table of contents. These financial statements are the responsibility of the Tribe's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

As discussed in Note 1, the financial statements present only the general fund and do not purport to, and do not, present fairly the financial position of the Miccosukee Tribe of Indians of Florida, as of September 30, 2002, and the changes in its financial position for the year then ended in conformity with accounting principles generally accepted in the United States of America.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the general fund of the Miccosukee Tribe of Indians of Florida, as of September 30, 2002, and the changes in financial position thereof for the year then ended in conformity with accounting principles generally accepted in the United States of America.

The Tribe has not presented a management's discussion and analysis that the Governmental Accounting Standards Board has determined is necessary to supplement, although not required to be part of, the financial statements.

*Menendez* CPA.P.A

Certified Public Accountants

Pembroke Pines, Florida
March 17, 2004

- 1 -

Telephone: (954) 290-9525
18459 Pines Blvd, #236
Pembroke Pines, FL 33029
E-mail: menmenz@aol.com

SJ002643

# MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

## BALANCE SHEET

### September 30, 2002

|  | General Fund |
|---|---|
| **ASSETS** | |
| Cash and cash equivalents | $ 36,812,020 |
| Cash and cash equivalents - reserved | 17,546,071 |
| Accounts receivable, net | 75,763 |
| Investment securities | 7,178,158 |
| Due from other funds | 3,291,571 |
| Due from related parties | 779,346 |
| Investment in Miccosukee Resort and Convention Center | 66,639,023 |
| Investment in Miccosukee Golf and Country Club | 8,149,249 |
| Loans receivable from tribal members | 6,144,415 |
| Fixed assets, net | 46,591,008 |
| TOTAL ASSETS | $ 193,206,624 |
| **LIABILITIES AND FUND BALANCE** | |
| LIABILITIES | |
| Accounts payable | $ 1,354,590 |
| Payroll related liabilities | 596,816 |
| Due to other funds | 3,182,711 |
| Due to related parties | 514,300 |
| Estimated liability on litigation | 17,546,071 |
| Current portion of long term debt | 1,171,725 |
| TOTAL LIABILITIES | 24,366,213 |
| COMMITMENTS AND CONTINGENCIES | |
| FUND BALANCES | |
| Fund balance - reserved | 17,546,071 |
| Fund balance - unreserved | 151,294,340 |
|  | 168,840,411 |
| TOTAL LIABILITIES AND FUND BALANCES | $ 193,206,624 |

The accompanying notes are an integral part of the financial statements.

SJ002644

## MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

## STATEMENT OF REVENUES AND EXPENDITURES

### For the Year Ended September 30, 2002

|  | General Fund |
|---|---|
| **REVENUES** | |
| Fund raising | $ 112,607 |
| Interest | 1,731,293 |
| Leases and rentals | 634,256 |
| Licenses and permits | 153,934 |
| Other | 1,676,388 |
| Owners' compensation fees | 105,836,028 |
| Background fees | 514,242 |
| Check cashing fees | 353,062 |
| Tribal tax | 90,998 |
| | |
| TOTAL REVENUES | 111,102,808 |
| | |
| **EXPENDITURES** | |
| Community programs | 2,076,557 |
| Contributions | 489,044 |
| Depreciation | 1,314,462 |
| Housing expenses | 2,696,695 |
| Insurance | 162,610 |
| Other | 186,540 |
| Professional fees | 4,588,625 |
| Promotional activitites | 135,246 |
| Repairs and maintenance | 1,033,278 |
| Salaries and benefits | 7,250,367 |
| Supplies | 1,030,916 |
| Telephone | 127,385 |
| Travel and entertainment | 1,648,716 |
| Tribal direct support | 4,350,124 |
| Trust fund distributions | 36,335,300 |
| Utilities | 368,117 |
| | |
| TOTAL EXPENDITURES | 63,793,982 |
| | |
| EXCESS OF REVENUES OVER EXPENDITURES | $ 47,308,826 |

The accompanying notes are an integral part of the financial statements.

SJ002645

# MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

## STATEMENT OF CHANGES IN FUND BALANCE

### For the Year Ended September 30, 2002

|  | General Fund |
| --- | --- |
| FUND BALANCES - BEGINNING OF YEAR | $ 121,331,585 |
| PRIOR PERIOD ADJUSTMENT | 200,000 |
| FUND BALANCES, RESTATED | 121,531,585 |
| EXCESS OF REVENUE OVER EXPENDITURES | 47,308,826 |
| FUND BALANCES - END OF YEAR | $ 168,840,411 |

The accompanying notes are an integral part of the financial state

SJ002646

# MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

## STATEMENT OF REVENUES AND EXPENDITURES - BUDGET AND ACTUAL

### For the Year Ended September 30, 2002

|  | Budget | Actual | Variance Favorable (Unfavorable) |
|---|---|---|---|
| **REVENUES** |  |  |  |
| Fund raising | $ 2,000.00 | $ 112,607 | $ 110,607 |
| Interest | - | 1,731,293 | 1,731,293 |
| Leases and rentals | 728,000 | 634,256 | (93,744) |
| Licenses and permits | 142,000 | 153,934 | 11,934 |
| Other | 791,310 | 1,676,388 | 885,078 |
| Owners' compensation fees | 72,433,300 | 105,836,028 | 33,402,728 |
| Background fees | 304,300 | 514,242 | 209,942 |
| Check cashing fees | 300,000 | 353,062 | 53,062 |
| Tribal tax | 87,500 | 90,998 | 3,498 |
| **TOTAL REVENUES** | 74,788,410 | 111,102,808 | 36,314,398 |
| **EXPENDITURES** |  |  |  |
| Community programs | 1,246,299 | 2,076,557 | (830,258) |
| Contributions | 200,000 | 489,044 | (289,044) |
| Depreciation | 1,300,000 | 1,314,462 | (14,462) |
| Housing expenses | 3,005,000 | 2,696,695 | 308,305 |
| Insurance | 82,000 | 162,610 | (80,610) |
| Other | 66,777 | 186,540 | (119,763) |
| Professional fees | 1,886,700 | 4,588,625 | (2,701,925) |
| Promotional activitites | 85,000 | 135,246 | (50,246) |
| Repairs and maintenance | 988,264 | 1,033,278 | (45,014) |
| Salaries and benefits | 8,711,311 | 7,250,367 | 1,460,944 |
| Supplies | 1,020,107 | 1,030,916 | (10,809) |
| Telephone | 179,046 | 127,385 | 51,661 |
| Travel and entertainment | 590,800 | 1,648,716 | (1,057,916) |
| Tribal direct support | 7,390,603 | 4,350,124 | 3,040,479 |
| Trust fund distributions | 36,335,300 | 36,335,300 | - |
| Utilities | 368,200 | 368,117 | 83 |
| **TOTAL EXPENDITURES** | 63,455,407 | 63,793,982 | (338,575) |
| **EXCESS OF REVENUES OVER EXPENDITURES** | $11,333,003 | $47,308,826 | $35,975,823 |

The accompanying notes are an integral part of the financial statements.

SJ002647

# MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

## NOTES TO FINANCIAL STATEMENTS

### Year Ended September 30, 2002

**Note 1**   **NATURE OF THE ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Organization**

The Miccosukee Tribe of Indians of Florida (the Tribe) is a tribe defined by the Indian Reorganization Act of June 18, 1934.  The Constitution and Bylaws of the Miccosukee Tribe of Indians of Florida was ratified and duly adopted by the members of the Miccosukee Tribe on December 17, 1961 and approved by the Department of the Interior (DOI) of the United States of America on January 11, 1962.

Pursuant to the Constitution of the Miccosukee Tribe of Indians of Florida, the Miccosukee General Council is authorized to approve the annual budget for the General Fund.  The Miccosukee Business Council is authorized to approve modification of the annual budget, administer funds (within the control of the Tribe) and engage in any business that will further the economic well-being of its members.

A summary of the significant accounting policies, as applicable to governmental units, which have been applied in the preparation of the financial statements of the various funds follows.

**Basis of Presentation**

The accounts of the Tribe are organized on the basis of funds which are considered separate accounting entities.  The operations of each fund are accounted for with a separate set of self-balancing accounts that comprise its assets, liabilities, fund balance/retained earnings, revenues, and expenditures/expenses as appropriate. ***These financial statements present only the general fund and do not purport to, and do not, present fairly the financial position of the Tribe.***

The general fund is the operating fund of the Tribe and accounts for all revenues and expenditures of the Tribe not encompassed within other funds.  All leases and rental revenues and other receipts that are not allocated by the Business Council to some other fund are accounted for in this fund.  General operating expenditures and the capital improvement costs that are not paid through other funds are paid from the general fund.

- 6 -

SJ002648

Note 1    NATURE OF THE ORGANIZATION AND SUMMARY OF SIGNIFICANT
         ACCOUNTING POLICIES (Continued)

### Basis of Accounting

The general fund is accounted for using the modified accrual basis of accounting. Under the modified accrual basis of accounting, revenues are recognized when they become measurable and available. Expenditures are recognized in the accounting period in which the fund liability is incurred, if measurable.

The Tribe adopted, effective October 1, 2001, the provisions of Governmental Accounting Standards Board (GASB) Statement No. 34, *Basic Financial Statements – and Management's Discussion and Analysis – for State and Local Governments*, GASB Statement No.37, *Basic Financial Statements – and Management's Discussion and Analysis – for State and Local Governments – Omnibus*, and GASB Statement No.38, *Certain Financial Statements Note Disclosures*. The adoption of these statements had no effect on the financial statements nor beginning fund balance.

### Budgets and Budgetary Accounting

As set forth in the Tribe's Constitution and Bylaws, the Tribe's General Council adopts an annual budget for the general fund. The annual budget for this fund is prepared in accordance with the basis of accounting utilized by that fund. The budget for these funds is presented in the Statement of Revenues and Expenditures - Budget and Actual. All annual appropriations lapse at fiscal year end.

### Cash Management

The Tribe pools cash resources of its various funds to facilitate the management of cash. Cash applicable to a particular fund is readily identifiable. The balance in the pooled cash accounts is available to meet current operating requirements. Cash in excess of current requirements is invested in various interest-bearing securities and disclosed as part of the Tribe's investments (see Note 7).

### Cash Equivalents

The Tribe considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

### Receivables

All receivables are reported at their gross value and, where appropriate, are reduced by the estimated portion that is expected to be uncollectible.

SJ002649

Note 1    NATURE OF THE ORGANIZATION AND SUMMARY OF SIGNIFICANT
ACCOUNTING POLICIES (Continued)

**Fixed Assets**

Fixed assets are valued at historical cost, or estimated at historical cost if actual historical cost is not available. Donated fixed assets are valued at their estimated fair value on the date of donation. Depreciation is computed over the estimated useful lives of the respective assets on a straight-line basis. The estimated useful lives used in computing depreciation range from 5 to 30 years.

**Tribal Assistance**

Assistance is offered to support the local enterprises of the Tribe. These funds are then used for improvements to the structures and/or equipment leading to improved profitability.

**Use of Estimates and Assumptions**

The preparation of the financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Credit Risk**

Financial instruments which potentially subject the Tribe to concentrations of credit risk consist principally of cash and cash equivalents, investments, due from other funds and accounts receivable. The Tribe maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits. The Tribe has not experienced any losses in such accounts.

**Cash Flow Statement**

The financial statements do not present a cash flow statement since Governmental Accounting Standards do not require a cash flow statement for the general fund.

- 8 -

SJ002650

**Note 2    FIXED ASSETS**

As of September 30, 2002, fixed assets consist of the following:

|  | General Fund |
|---|---|
| Building and improvement | $ 17,826,910 |
| Furniture and fixtures | 74,113 |
| Equipment | 3,607,414 |
| Transportation vehicles | 2,430,793 |
|  | 23,939,230 |
| Less accumulated depreciation and amortization | ( 5,794,114) |
|  | 18,145,116 |
| Land | 28,360,243 |
| Construction in progress | 85,649 |
| Fixed assets, net | $ 46,591,008 |

**Note 3    DUE FROM (TO) RELATED PARTIES**

As of September 30, 2002, due from (to) related parties for the general fund consists of the following:

Due from Miccosukee Corporation, Inc. (the Corporation) for certain expenses in excess of the Corporation's grant revenue on an individual grant basis paid by the Tribe. This receivable is non-interest bearing and has no specific repayment date.                           $    218,006

Due from Miccosukee Indian Bingo (the Bingo), for license fees and net revenue distributions owed to the Tribe. This receivable is non-interest bearing and has no specific repayment date.                                                                  2,000

Due from Miccosukee Service Plaza (the Plaza), for certificate of deposit in the name of the Plaza paid by Miccosukee Tribe. This receivable is non-interest bearing and has no specific repayment date                                                       559,340

Total due from related parties                                                $    779,346

- 9 -

**SJ002651**

Note 3   **DUE FROM (TO) RELATED PARTIES (Continued)**

| | |
|---|---:|
| Due to Miccosukee Corporation, Inc., for certain expenses in excess of the Corporation's grant revenue on an individual grant basis paid by the Corporation.  This payable is non-interest bearing and has no specific repayment date. | $     504,980 |
| Due to Miccosukee Service Plaza, for various expenses.  This payable is non-interest bearing and has no specific repayment date | 113 |
| Due to Miccosukee Indian Bingo, for various expenses.  This payable is non-interest bearing and has no specific repayment date. | 1,866 |
| Due to Miccosukee Resort and Convention Center, for various expenses.  This payable is non-interest bearing and has no specific repayment date. | 4,941 |
| Due to Miccosukee Golf and Country Club, for various expenses.  This payable is non-interest bearing and has no specific repayment date. | 2,400 |
| Total due to related parties | $     514,300 |

Note 4   **INVESTMENT IN MICCOSUKEE RESORT AND CONVENTION CENTER**

Investment in Miccosukee Resort and Convention Center represents expenditures related to the construction of the Miccosukee Resort and Convention Center paid by the Miccosukee Tribe.

Note 5   **INVESTMENT IN MICCOSUKEE GOLF AND COUNTRY CLUB**

Investment in Miccosukee Golf and Country Club represents expenditures related to the purchase and renovation of the Miccosukee Golf and Country Club paid by the Miccosukee Tribe.

SJ002652

**Note 6   LOANS RECEIVABLE FROM TRIBAL MEMBERS**

Loans receivable from tribal members represents loans made to individual tribal members. These loans are limited to $10,000 but the general council may increase the limit at their discretion. Loans are charged at a 10% interest and are discounted prior to the issuance of the check. These loans are collected from the quarterly tribal distribution.

**Note 7   INVESTMENT SECURITIES**

Investments made by the Tribe are summarized below. The investments that are represented by specific identifiable investment securities are classified as to credit risk by the three categories described below:

| | |
|---|---|
| Category 1 | Insured or registered, or securities held by the Tribe or its agent in the Tribe's name |
| Category 2 | Uninsured and unregistered, with securities held by the financial institution or agent in the Tribe's name |
| Category 3 | Uninsured and unregistered, with securities held by the financial institution or agent but not in the Tribe's name |

The investments for the Tribe are considered a Category 1 credit risk and consist of the following securities:

| Description | Cost | Market Value |
|---|---|---|
| U. S. Government Bonds | $   6,088,291 | $  6,079,330 |
| Stocks | 1,051,752 | 1,098,828 |
| Total Investment Securities | $   7,140,043 | $  7,178,158 |

**Note 8   COMPENSATED ABSENCES**

It is the Tribe's policy to permit employees to accumulate a total of not more than forty (40) days of earned but unused compensated absences. Upon separation from the Tribe's service any accumulated compensated absences will be paid to the employee. A liability of $224,745 of accrued compensated absences at September 30, 2002 has been recorded.

- 11 -

SJ002653

**Note 9    LEASES AND RENTALS**

The Tribe is the lessor on several operating leases expiring in various years through 2007.

The following is a schedule, by years, of minimum future rentals on noncancelable operating leases:

| Year ending September 30, | |
|---|---:|
| 2003 | $  297,060 |
| 2004 | 194,000 |
| 2005 | 31,500 |
| 2006 | 24,000 |
| 2007 | 16,000 |
| Total minimum future rentals | $  562,560 |

Minimum future rentals do not include contingent rentals that may be received under cost of living escalators.

The Tribe's major sources of lease and rental income for fiscal 2002 are summarized as follows:

| | |
|---|---:|
| Farm lease | $  198,445 |
| Oil and pipeline leases | 168,353 |
| Surface ground leases | 267,458 |
| Total | $  634,256 |

**Note 10    LICENSES AND PERMITS**

Licenses and permits represent revenues generated from annual dues for camp permits and decals that are issued by the Tribe.  These licenses and decals grant the permittee temporary occupancy and access to the Miccosukee Indian Alligator Alley Reservation and camp for recreation, fishing and frogging.  Dues are determined annually by the Business Council and are recognized as revenues when assessed because they are measurable and are collectible within the current periods.  Licenses and permits for the year ended September 30, 2002 totaled approximately $154,000.

**Note 11    OWNERS' COMPENSATION FEES**

The Miccosukee Tribe of Indians of Florida own and operates several economic development enterprises within the boundaries of the reservation. The Miccosukee Indian Bingo  provides pulltab, bingo, poker and other entertainment services to patrons. The Miccosukee Resort and Convention Center features 46 suites and 256 guest rooms with 46,000 square feet of meeting and banquet facilities. The Miccosukee Service Plaza is a full service plaza which provides gasoline and store goods to retail customers.

- 12 -

SJ002654

**Note 11    OWNERS' COMPENSATION FEES (Continued)**

The Tribe assesses a gross receipts license fee to the Miccosukee Indian Bingo and the Miccosukee Resort and Convention center equal to 7.75% of total gross revenues. Total gross revenues are defined as gross revenues for all revenue-generating activities plus other income, net and interest income. Such gross receipts license fee amounted to $37,462,023 and $791,688 for the year ended September 30, 2002.

The Tribe receives net revenues generated by the Miccosukee Indian Bingo. The funds are disbursed at the direction of the Business Council as the governing board. The funds are to be used for tribal government operations or programs; provide for the general welfare of the Miccosukee Indian Tribe and its members; promote tribal economic development; or help fund operations of local government. Total net revenues disbursed by the Miccosukee Indian Bingo to the Tribe amounted to $67,177,838 for the year ended September 30, 2002.

The Tribe assesses a tax fee to the Miccosukee Service Plaza of two cents per gallon for every gallon sold. The Tribe also receives net revenues generated by the Miccosukee Service Plaza. The funds are disbursed at the direction of the Business Council as the governing board. Total funds disbursed to the Tribe mounted to $202,049 for the year ended September 30, 2002.

The Tribe executed a separate contractual agreement with a third party to manage the Miccosukee Smoke Shop that is located on the Miccosukee Reservation and owned by the Tribe.  Net revenues generated from the operations under this management agreement is allocated between the management companies and the Tribe based on a contractual amount that is stipulated in the contracts.

The following is a summary of the Tribe's net owner's compensation fees for the year ended September 30, 2002:

| | |
|---|---:|
| Miccosukee Indian Bingo | $  104,639,861 |
| Miccosukee Resort and Convention Center | 791,688 |
| Miccosukee Service Plaza | 202,049 |
| Miccosukee Smoke Shop | 202,430 |
| | $  105,836,028 |

- 13 -

SJ002655

**Note 12**   **COMMITMENTS AND CONTINGENCIES**

(a) Litigation with Former Management Company

In February, 1992 the former management contractor (Tamiami Partners Ltd, or "TPL") sued the Miccosukee Indians of Florida in Federal District Court.  In this complaint and various motions, TPL sought to block the Tribe's contractual remedies against TPL through injunctive and other equitable relief after the Miccosukee Tribal Gaming Agency denied gaming licenses to various employees and to TPL.

After several appeals, in March 2001 the Tribe received a summary final judgment from the United States District Court, Southern District of Florida, to pay TPL the sum of $9.5 million dollars plus pre-judgement interest from December 6, 1993 and interest from the date of the order to the date of payment.

On December 6, 2002, the Tribe paid $17,546,071 to TPL consistent with the summary final judgment.  These financial statements reflect a liability representing the settlement plus interest through September 30, 2002 as a loss on litigation. The Tribe recorded a loss of approximately $16 million in 2000 and $1.6 million in 2001.

(b) Litigation with Contractor

The Tribe is currently under a pending lawsuit in the Tribal Court with the contractor that built a number of buildings for the Tribe. The contractor is making a claim for monies that it asserts is owed to it by the Tribe as a result of these construction projects. The Tribe is actively contesting the claim and considers the likelihood of being required to pay such amounts remote.

(c) Self-Insurance

The Tribe retains the risk of workers compensation under a self-insurance program (the Program). The Tribe liability under the Program includes unpaid claims and an estimate of claims that have been incurred but not reported. Incurred but not reported claims include known loss events that are expected to later be presented as claims, unknown loss events that are expected to become claims and expected future development on claims already reported. The liability was estimated to be approximately $254,000 as of September 30, 2002. The ultimate cost of this retained risk is estimated by management. Management believes the ultimate actual cost of this retained risk will not have a material impact on the Tribe's financial position.

- 14 -

SJ002656

**Note 12   COMMITMENTS AND CONTINGENCIES (Continued)**

(d)  Other Matters

From time to time, the Tribe may be involved in routine litigation and claims incidental to its business. The Tribe does not believe that the ultimate resolution of any of these matters will have a material adverse effect on the accompanying financial statements.

**Note 13   EMPLOYEE BENEFIT PROGRAMS**

Eligible employees, as defined, of the Tribe participate in a deferred retirement plan sponsored by the Tribe whereby the Tribe will match employee contributions up to 5% of gross compensation. Total Tribe contribution for September 30, 2002 was approximately $104,000.

**Note 14   PRIOR PERIOD ADJUSTMENTS**

Fund balance at the beginning of the year has been adjusted for the following:

|  | General Fund |
|---|---|
| Fund balance at beginning of year, as previously stated | $121,331,585 |
| Adjustment: |  |
| To adjust land for understatement of deposit that was incorrectly expensed in fiscal year 9/30/00. | 200,000 |
| Fund balance at beginning of year, as restated | $121,531,585 |

SJ002657

# Exhibit 19

**KPMG**

One Biscayne Tower
Suite 2800
2 South Biscayne Boulevard
Miami, FL 33131

Telephone 305 358 2300
Fax 305 913 2692

## Independent Auditors' Report

The Miccosukee Tribe of Indians of Florida:

We have audited the accompanying financial statements of Miccosukee Indian Bingo (the Enterprise – a Tribal Enterprise of the Miccosukee Tribe of Indians of Florida) as of and for the year ended June 30, 2002. These financial statements and the supplemental schedule referred to below are the responsibility of the Enterprise's management. Our responsibility is to express an opinion on these financial statements and the supplemental schedule based on our audit. The financial statements of Miccosukee Indian Bingo as of and for the year ended June 30, 2001 were audited by other auditors whose report dated July 25, 2001 expressed an unqualified opinion on those statements.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

The accompanying financial statements are intended to present fairly the net assets and changes in net assets and cash flows of the Miccosukee Indian Bingo, and do not purport to and do not intend to present fairly the net assets of the Miccosukee Tribe of Indians of Florida and changes in net assets and cash flows of its proprietary fund types in conformity with accounting principles generally accepted in the United States of America.

In our opinion, the 2002 financial statements referred to above present fairly, in all material respects, the net assets of the Enterprise as of June 30, 2002, and its changes in net assets and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

The Enterprise has not presented a management's discussion and analysis that the Governmental Accounting Standards Board has determined is necessary to supplement, although not required to be part of, the financial statements.

Our audit was conducted for the purpose of forming an opinion on the basic financial statements taken as a whole. The supplemental schedule of net revenue for the year ended June 30, 2002 is presented for purpose of additional analysis and is not a required part of the basic financial statements. This information has been subjected to the auditing procedures applied in our audit of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as a whole.

KPMG LLP

August 9, 2002



KPMG LLP KPMG LLP, a U.S. limited liability partnership, is a member of KPMG International, a Swiss association.

**SJ002628**

**MICCOSUKEE INDIAN BINGO**
(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Statements of Net Assets

June 30, 2002 and 2001

| Assets | | 2002 | 2001 |
|---|---|---|---|
| Current assets: | | | |
| Cash and cash equivalents | $ | 20,962,550 | 15,404,001 |
| Restricted cash | | 2,140,031 | — |
| Prepaid expenses | | 1,792,952 | 1,582,438 |
| Inventories | | 526,094 | 538,695 |
| Due from Miccosukee Golf and Country Club | | 12,603 | — |
| Other current assets | | 73,258 | 60,053 |
| Total current assets | | 25,507,488 | 17,585,187 |
| Property and equipment: | | | |
| Buildings and land improvements | | 11,565,646 | 11,347,217 |
| Furniture, fixtures, equipment, and vehicles | | 12,178,265 | 12,052,624 |
| | | 23,743,911 | 23,399,841 |
| Less – accumulated depreciation | | (15,813,145) | (14,219,478) |
| Property and equipment, net | | 7,930,766 | 9,180,363 |
| Other assets: | | | |
| Due from Miccosukee Resort and Convention Center, net | | 2,446,144 | 1,968,717 |
| Restricted cash | | — | 2,101,687 |
| Deposits | | 105,005 | 116,916 |
| Total other assets | | 2,551,149 | 4,187,320 |
| Total assets | $ | 35,989,403 | 30,952,870 |
| **Liabilities and Net Assets** | | | |
| Current liabilities: | | | |
| Accounts payable and accrued expenses | $ | 3,507,439 | 2,836,501 |
| Accrued pulltab payouts | | 10,254,901 | 8,627,502 |
| Accrued bingo prizes | | 420,685 | 636,152 |
| Due to Miccosukee Tribe of Indians of Florida, net | | 714,951 | 660,025 |
| Total current liabilities | | 14,897,976 | 12,760,180 |
| Net assets: | | | |
| Invested in capital assets | | 7,930,766 | 9,180,363 |
| Unrestricted | | 13,160,661 | 9,012,327 |
| | | 21,091,427 | 18,192,690 |
| Commitments and contingencies (notes 4, 5, 6, 7 and 8) | | | |
| Total liabilities and net assets | $ | 35,989,403 | 30,952,870 |

See accompanying notes to financial statements.

2

SJ002629

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Statements of Revenue, Expenses, and Changes in Net Assets

Years ended June 30, 2002 and 2001

|  | | 2002 | 2001 |
|---|---|---|---|
| Operating revenue: | | | |
| Pulltab, net | $ | 116,072,048 | 105,217,217 |
| Bingo, net | | 6,837,083 | 6,612,852 |
| Poker ante fees | | 2,105,620 | 2,221,388 |
| Food, beverage, and other | | 3,199,922 | 3,432,422 |
| Gift shop | | 446,172 | 325,095 |
| Special events | | 171,876 | 194,908 |
| Other | | 1,947,073 | 1,733,375 |
| Total operating revenue | | 130,779,794 | 119,737,257 |
| Operating expenses: | | | |
| Payroll and benefits | | 15,823,879 | 15,869,324 |
| Food, beverage, and other | | 1,377,407 | 1,671,793 |
| Gift shop | | 338,591 | 260,120 |
| Special events | | 643,449 | 874,463 |
| Gross receipts license fee paid to Miccosukee Tribe of Indians of Florida | | 36,153,045 | 31,852,923 |
| Professional services | | 2,713,179 | 2,255,485 |
| Advertising and promotion | | 11,766,726 | 8,964,670 |
| Insurance | | 3,509,072 | 3,222,138 |
| Operating supplies | | 1,305,963 | 1,313,816 |
| Depreciation and amortization | | 2,329,155 | 2,586,507 |
| Utilities | | 624,755 | 793,948 |
| Facilities maintenance | | 597,884 | 938,091 |
| Rent expense paid to Miccosukee Resort and Convention Center | | 2,955,421 | 2,776,304 |
| Other | | 1,118,290 | 1,518,676 |
| Total operating expenses | | 81,256,816 | 74,898,258 |
| Operating income | | 49,522,978 | 44,838,999 |
| Nonoperating income (expense): | | | |
| Interest expense | | — | (1,638) |
| Interest income | | 359,284 | 533,536 |
| Total nonoperating income | | 359,284 | 531,898 |
| Income before distributions | | 49,882,262 | 45,370,897 |
| Distributions to Miccosukee Tribe of Indians of Florida | | (46,983,525) | (38,722,592) |
| Increase in net assets | | 2,898,737 | 6,648,305 |
| Net assets beginning of year | | 18,192,690 | 11,544,385 |
| Net assets end of year | $ | 21,091,427 | 18,192,690 |

See accompanying notes to financial statements.

SJ002630

## MICCOSUKEE INDIAN BINGO
(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Statements of Cash Flows

Years ended June 30, 2002 and 2001

|  | | 2002 | 2001 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Operating income | $ | 49,522,978 | 44,838,999 |
| Adjustments to reconcile operating income to net cash provided by operating activities: | | | |
| Depreciation and amortization | | 2,329,155 | 2,586,507 |
| (Gain) loss on disposition of property and equipment | | (119,344) | 23,961 |
| Increase (decrease) in cash resulting from changes in: | | | |
| Prepaid expenses | | (210,514) | (629,586) |
| Inventories | | 12,601 | 87,180 |
| Other current assets | | (13,205) | 48,280 |
| Interest in restricted cash | | (38,344) | (104,551) |
| Deposits | | 11,911 | 440,328 |
| Accounts payable and accrued expenses | | 670,938 | 289,897 |
| Accrued pulltab payouts | | 1,627,399 | 116,882 |
| Accrued bingo prizes | | (215,467) | 182,598 |
| Due to Miccosukee Tribe of Indians of Florida, net | | 54,926 | 309,984 |
| Net cash provided by operating activities | | 53,633,034 | 48,190,479 |
| Cash flows from investing activities: | | | |
| Interest income | | 359,284 | 533,536 |
| Purchases of property and equipment | | (960,214) | (348,905) |
| Net cash provided by (used in) investing activities | | (600,930) | 184,631 |
| Cash flows from noncapital financing activities: | | | |
| Interest expense | | — | (1,638) |
| Due from Miccosukee Resort and Convention Center, net | | (477,427) | (659,824) |
| Due from Miccosukee Golf and Country Club | | (12,603) | — |
| Distributions to Miccosukee Tribe of Indians of Florida | | (46,983,525) | (38,722,592) |
| Net cash used in noncapital financing activities | | (47,473,555) | (39,384,054) |
| Net increase in cash and cash equivalents | | 5,558,549 | 8,991,056 |
| Cash and cash equivalents, beginning of year | | 15,404,001 | 6,412,945 |
| Cash and cash equivalents, end of year | $ | 20,962,550 | 15,404,001 |

See accompanying notes to financial statements.

SJ002631

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Notes to Financial Statements

June 30, 2002 and 2001

**(1)     Background and Organization**

Miccosukee Indian Bingo (the Enterprise) is an economic development enterprise of the Miccosukee Tribe of Indians of Florida (the Tribe), a federally recognized tribe of Native Americans as defined under the Indian Reorganization Act of 1934 and provides pulltab, bingo, poker, and other entertainment services to patrons.

**(2)     Summary of Significant Accounting Policies**

*(a)     Basis of Financial Statement Presentation*

These financial statements have been prepared on the accrual basis, present the net assets and changes in net assets of the Enterprise and do not represent the net assets or changes in net assets of the Tribe as a whole.

The Enterprise adopted, effective July 1, 2001, the provisions of Governmental Accounting Standards Board (GASB) Statement No. 34, *Basic Financial Statements – and Management's Discussion and Analysis – for State and Local Governments*, GASB Statement No. 37, *Basic Financial Statements – and Management's Discussion and Analysis – for State and Local Governments – Omnibus* and GASB Statement No. 38, *Certain Financial Statement Note Disclosures*. The financial statement as of and for the year ended June 30, 2001 has been recasted to conform to the 2002 presentation. The adoption of these statements had no effect on beginning net assets.

Governmental Accounting Standards Board (GASB) Statement No. 20, *Accounting and Financial Reporting for Proprietary Funds and Other Governmental Entities that use Proprietary Fund Accounting*, offers the option of following all Financing Accounting Standards Board (FASB) standards issued after November 30, 1989, unless the latter conflict with or contradict GASB pronouncements, or not following FASB standards issued after such date. The Enterprise elected the option not to follow FASB pronouncements issued after November 30, 1989.

*(b)     Inventories*

Inventories are stated at the lower of cost (first-in, first-out) or market and consist primarily of bingo and pulltab paper supplies, food and beverage, certain prizes (i.e. diamond rings and gold bars) and gift shop merchandise held for sale at the bingo hall.

*(c)     Property and Equipment, Net*

Property and equipment is stated at cost less accumulated depreciation. Depreciation of property and equipment is provided using the straight-line method. The estimated useful lives used in computing depreciation are as follows:

| | |
|---|---|
| Building and land improvements | 5 to 30 years |
| Furniture, fixtures, equipment, and vehicles | 3 to 5 years |

5

(Continued)

**SJ002632**

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Notes to Financial Statements

June 30, 2002 and 2001

These financial statements do not include the land upon which the bingo hall was constructed or surrounding tracts of land being used as a parking lot, as these properties are separate assets of the Tribe.

(d)  *Revenue Recognition*

The Enterprise recognizes revenue from gaming operations when collected from patrons, and recognizes cost of revenues as such progressive pulltab payouts and bingo prizes accumulate prior to actual payment to patrons. Net pulltab revenue and bingo revenue represent the net winnings, difference between gaming wins and losses, from such gaming activities in accordance with industry practice. Net pulltab revenue represents the different between total pulltab handle and payouts. Net bingo revenue represents the difference between total bingo writes and prizes. Other revenue consists primarily of amounts from ATM service fees and valet parking operations. Revenue from food and beverage, gift shop, special events, ATM service fees, and valet parking operations is recognized at the time the service is performed.

Progressive pulltab payouts are accrued prior to actual payment to patron and included in the accompanying statements of net assets. Prize payouts not related to a progressive liability, are recorded when a patron presents a winning ticket to the Enterprise for payment. The Enterprise charges base payouts against cost of revenue when established. Base payouts represent the base level of payouts prior to the accumulation of progressive pulltab payouts and are determined by management. Both progressive and base payouts are included in the accompanying statements of net assets as accrued pulltab payouts as of June 30, 2002 and 2001.

The Enterprise accrues the value of the daily increase in progressive bingo prizes until such prizes are won and are included in the accompanying statements of net assets as accrued bingo prizes as of June 30, 2002 and 2001.

(e)  *Advertising and Promotion*

The Enterprise expenses advertising and promotional costs as incurred. Prepaid advertising agreements are included in prepaid expenses in the accompanying statements of net assets and are amortized over the term of the contract as services are provided. Certain promotional expenses result from transactions with the Resort for complementary hotel stays and beverages which are further disclosed in footnote 8 among other costs incurred. Advertising expenses amounted to $7,512,569 and $5,236,590, and promotional expenses amounted to $4,254,157 and $3,728,080 for the years ended June 30, 2002 and 2001, respectively, and are included in advertising and promotion in the accompanying statements of revenue, expenses, and changes in net assets.

(f)  *Promotional Allowances*

The Enterprise distributes various free and discount play coupons in connection with the programs to bring bus patrons to the bingo hall, promote attendance and for other promotional purposes. The face value of these coupons which during the years ended June 30, 2002 and 2001 amounted to $2,252,467 and $2,690,759, respectively, is deducted from gross revenue to arrive at net revenue. The promotional coupons are valid only on the date issued to bus patrons and coordinators.

(Continued)

**SJ002633**

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Notes to Financial Statements

June 30, 2002 and 2001

Revenue does not include the retail amounts of rooms, food and beverages provided gratuitously to the Enterprise's patrons (see note 8 regarding the complimentary rooms agreement between the Enterprise and the Miccosukee Resort and Convention Center (the Resort), a separate economic development enterprise of the Tribe).

*(g)* ***Income Taxes***

The Tribe is a federally recognized Tribe of Native Americans and, as such, is not subject to income taxes on earnings from activities conducted within the boundaries of the reservation. Accordingly, the accompanying financial statements reflect no provisions or liabilities for income taxes. The potential exists that future legislation may require Native American tribes to pay a corporate tax on earnings of their gaming operations.

*(h)* ***Cash and Cash Equivalents***

All highly liquid investments with a maturity of three months or less when acquired are considered to be cash equivalents.

At June 30, 2002, the Enterprise's carrying amount of cash and cash equivalents was $20,962,550 and the bank balance was $19,906,823. Of the bank balance, $300,000 was covered by federal depository insurance.

*(i)* ***Use of Estimates***

The preparation of these financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and costs and expenses during the reported periods. Actual results could differ from those estimates.

*(j)* ***Reclassifications***

Certain amounts in the 2001 financial statements have been reclassified to conform with the 2002 presentation.

**(3)   Due to Miccosukee Tribe of Indians of Florida, Net**

The net balance due to the Tribe in the accompanying statements of net assets consisted of the following items:

|  | | 2002 | 2001 |
|---|---|---|---|
| Unpaid gross receipts license fee | $ | 722,702 | 544,840 |
| Items purchased for the Enterprise by the Tribe | | 2,000 | 74,216 |
| Tribal monies held | | — | 50,000 |
| Less:  Receivable from Tribe | | (9,751) | (9,031) |
|  | $ | 714,951 | 660,025 |

7

(Continued)

SJ002634

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Notes to Financial Statements

June 30, 2002 and 2001

The balance for the items purchased for the Enterprise by the Tribe as of June 30, 2000 was subject to interest at the rate of 7.5%. This balance was repaid July 2001.

**(4)   Litigation and Claims**

*(a)   Litigation with Former Management Company*

On April 7, 1989, the Tribe entered into a Management and Economic Development Agreement (the Agreement) with Tamiami Development Corporation, which was later assigned to Tamiami Partners, Ltd. (TPL), whereby TPL agreed to construct, manage, and operate a facility for bingo and other gaming activities. The initial term of the contract was seven years beginning on September 15, 1990, the date of the commencement of bingo operations, with a three-year renewal option.

On April 13, 1993, the Tribal Gaming Agency (the Agency), a separate entity of the Tribe, denied the gaming license applications of TPL, its general partner (Tamiami Development Corporation) and the two principals of Tamiami Development Corporation, prohibiting TPL from managing the Enterprise. The Agency appointed a conservator (the Conservator) of the property and the ongoing business operations of the Enterprise. The Conservator operated the Enterprise until October 13, 1993, at which time the Agency and the Tribe determined that the Conservator's services were no longer required.

As a result, the Tribe and TPL have been involved in litigation since February 1992. In September 1993 TPL filed a new, amended complaint seeking to collect alleged unpaid management fees and other unspecified damages, and to be reinstated as manager of the Enterprise. The Tribe's motion to dismiss TPL's lawsuit was granted in February 1994. TPL appealed the dismissal to the Eleventh Circuit Court of Appeals, which held oral argument in July 1994. TPL filed a third complaint in September 1995, and the appeal of the denial of the Tribe's motion to dismiss was heard in oral argument in October 1997.

In October 1993, in the course of the above described litigation between the Tribe and TPL, the judge hearing the case ordered the Enterprise to hold certain funds in a restricted cash account until final disposition of this litigation. These funds, which aggregated $2,140,031 and $2,101,687, including accrued interest, are classified as restricted cash in the accompanying statements of net assets as of June 30, 2002 and 2001, respectively. In June 1999, the appellate court found that TPL's claims concerning the restricted cash should be dismissed. The appellate court found that the trial court did have jurisdiction to order arbitration as the Tribe had waived sovereign immunity from arbitration. However, no arbitration claim had been raised within the applicable period of the statute of limitations. In June and July 2000, the Tribe filed its motion for judgment on the pleadings and its motion for summary judgment. In July 2002 the judge hearing the case ordered the release of the restricted funds.

On March 12, 2001, the Federal District Court entered a judgment in favor of TPL in the amount of $16,468,572, which includes $132,216 in attorneys' fees. The Tribe and Enterprise believe they have a substantial possibility of success in their appeal to this judgment. The Tribe has obtained a letter of credit, pledging the Tribe's assets, during the appeal to secure the liability resulting from this

**SJ002635**

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Notes to Financial Statements

June 30, 2002 and 2001

judgment. The Tribe has indicated that if any liability remains after appeal, it will assume such obligation.

The Circuit Court of Appeals (11th Circuit) affirmed the ruling in April 2002; however, the Tribe is seeking review in the U.S. Supreme Court, and the Circuit Court has stayed the mandate until the Supreme Court proceedings are complete. Management, the Tribe, and its counsel believe it is more likely than not they will prevail in the appeal. Since ultimate resolution of TPL's lawsuit and the Tribe's appeal are uncertain at this time, the accompanying financial statements do not include any adjustments that might result from the outcome of these uncertainties.

*(b)*   *Outstanding Claim Against Manufacturer*

The Enterprise has an outstanding claim against World Touch, Inc. (World Touch), a manufacturer of pulltab gaming equipment. World Touch received a deposit from the Enterprise in the amount of $437,450 toward the purchase of gaming equipment that was never delivered. The Tribe filed suit in Georgia State Court to receive a refund of the deposit. The Tribe asserts the amount was a payment in advance for video pulltab equipment for which the order was cancelled. World Touch has countered that the contract was improperly cancelled. The trial will be held in late 2002. Due to the financial condition of World Touch and the oral nature of the communications that led to the cancellation, management and its counsel believe refund of the deposit is not likely. Accordingly, the Enterprise charged the entire balance of the deposit to other operating expenses, in the accompanying statements of revenue, expenses, and changes in net assets for the year ended June 30, 2001.

*(c)*   *Other Matters*

From time to time, the Enterprise may be involved in routine litigation and claims incidental to its business. The Enterprise does not believe that the ultimate resolution of any of these matters will have a material adverse effect on the accompanying financial statements.

**(5)**   **Commitments and Contingencies**

*(a)*   *Pulltab Gaming Equipment*

As is common in Native American gaming in the United States, the Enterprise offers pulltab gaming equipment to its patrons. The current Governor of the State of Florida claims that such equipment is Class III gaming equipment, as defined in the Florida Statutes, and is of the type classified as illegal slot machines under Florida law. The issue of rule-making to settle this issue by the Secretary of the Interior has been in the administrative development stages since May 1996. Litigation between the State of Florida and other tribes of Native Americans, which will have an important influence on the outcome of this issue, is pending before the U.S. District Court in Miami. The Tribe and its counsel believe that the pulltab gaming equipment used by the Enterprise is Class II gaming equipment under the Indian Gaming Regulatory Act (IGRA), and is therefore not an illegal slot machine under Florida law. Further, the Tribe and its counsel believe that the pulltab gaming equipment will be validated by a state-tribal Class III Compact pursuant to IGRA even if the above described litigation results in the ultimate finding that the pulltab gaming equipment is Class III gaming equipment. In the event of an unfavorable finding the Enterprise may be subject to fines and penalties and could result in a significant adverse impact on future pulltab revenue. The ultimate outcome of the above described

(Continued)

**SJ002636**

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Notes to Financial Statements

June 30, 2002 and 2001

matters is uncertain at this time. The accompanying financial statements do not include any adjustments that might result from the outcome of this uncertainty.

*(b)*   ***Self-Insurance***

The Enterprise retains the risk of workers compensation under a self-insurance program (the Program). The Enterprise's liability under the Program includes unpaid claims and an estimate of claims that have been incurred but not reported. Incurred but not reported claims include known loss events that are expected to later be presented as claims, unknown loss events that are expected to become claims and expected future development on claims already reported. The liability was estimated to be approximately $695,000 and $582,000 as of June 30, 2002 and 2001, respectively, and is included in accounts payable and accrued expenses in the accompanying statements of net assets. The ultimate cost of this retained risk is estimated by management. Management believes the ultimate actual cost of this retained risk will not have a material impact on the Enterprise's net assets or changes in net assets.

*(c)*   ***Leases***

The Enterprise leases its expanded gaming facility from the Resort, a related party, under an operating lease. Rent expense for the years ended June 30, 2002 and 2001 totaled $2,955,421 and $2,776,304, respectively. The original lease agreement was for one year, which ended June 30, 2000, and allowed the Tribe to adjust the price per square foot in the future as required by the Tribe. The Enterprise entered into an addendum in 2002 to the original lease agreement which provides for the lease to expire on June 30, 2003. The 2002 addendum increased the monthly rent payments from $246,285 to $258,599, which includes Tribal tax of 7.75%.

**(6)   Management Incentive Program**

In 1998, as an additional benefit for supervisor and management level employees, the Tribe instituted a Management Incentive Program (the Incentive Program) to reward these employees based on their performance during the year. An annual expense amount for the program is accrued at the rate of 0.25% of gross revenues for the year, up to a maximum annual accrual $250,000 for the years ended June 30, 2002 and 2001. The Enterprise maintains an accrued balance for the Incentive Program of $655,902 and $726,238 as of June 30, 2002 and 2001, respectively, which is included in accounts payable and accrued expenses in the accompanying statements of net assets. Payment of the incentive amounts is at the discretion of the Tribe. The Tribe authorized payments to employees of $320,332 and $251,367 under the Incentive Program during the years ended June 30, 2002 and 2001, respectively.

**(7)   Employee Benefit Program**

Eligible employees, as defined, of the Enterprise participate in a deferred retirement plan sponsored by the Tribe whereby the Enterprise will match employee contributions up to 5% of gross compensation, including tips. Total Enterprise contributions aggregated $402,433 and $337,100, and are included in payroll and benefits in the accompanying statements of revenue, expenses, and changes in net assets for the years ended June 30, 2002 and 2001, respectively.

10

(Continued)

**SJ002637**

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Notes to Financial Statements

June 30, 2002 and 2001

**(8)   Related Party Transactions**

The Tribe assesses a gross receipts license fee equal to 7.75% of total gross revenues. Total gross revenues are defined as gross revenues for all revenue-generating activities plus other income, net and interest income. Such gross receipts license fee amounted to $36,153,045 and $31,852,923 for the years ended June 30, 2002 and 2001, respectively, and is included in the accompanying statements of revenue, expenses, and changes in net assets. Unpaid gross receipts license fees aggregated $722,702 and $544,840 as of June 30, 2002 and 2001, respectively, and are included in due to Miccosukee Tribe of Indians of Florida, net in the accompanying statements of net assets. In addition, fees paid to the Agency aggregated $1,660,704 and $1,953,233 for the years ended June 30, 2002 and 2001, respectively, and are included in various operating expense categories in the accompanying statements of revenues, expenses, and changes in net assets.

As discussed in note 2(c), the Enterprise has the use of the Tribe's land upon which the bingo hall and parking lot were constructed. No rental payment is currently required for the use of such land.

During 1999, the Tribe completed the construction of the 302 room Resort located adjacent to the bingo hall. In connection with the commencement of operations of the Resort, the Enterprise paid for certain start-up costs and grand opening expenses, which are reflected as a receivable from the Resort in the accompanying statements of net assets. During 2002 and 2001, the Enterprise paid for additional operating expenses on behalf of the Resort which are included as a receivable from the Resort in the accompanying statements of net assets. The receivable amount is reflected net of $182,884 and $183,000 due to the Resort as of June 30, 2002 and 2001, respectively. The receivable amount is noninterest bearing and has no specific repayment terms.

During 2000, at the request of the Tribe, the Enterprise began offering certain patrons complimentary, single-night hotel stays at the Resort as an incentive to attract return patron visits to the Enterprise and the Resort. The complimentary rooms are offered to patrons by gaming departments of the Enterprise and expire 30 days after issuance. The original agreement required the Enterprise to purchase 20 rooms per day. An addendum to this agreement, effective March 1, 2001, increased the number of rooms the Enterprise must purchase to 30 rooms per day. The Enterprise is required to pay the Resort for all rooms purchased regardless if the Enterprise's patrons utilize the hotel stays. The Enterprise's total expense for the complimentary rooms was $903,366 and $692,037 for the years ended June 30, 2002 and 2001, respectively, and is included in advertising and promotion in the accompanying statements of revenue, expenses, and changes in net assets.

The Enterprise also reimburses the Resort for services provided by the Resort. These services include complimentary beverages for the Enterprise's customers and payroll for bar and housekeeping personnel serving its expanded gaming facility in the Resort. Complimentary beverages for the years ended June 30, 2002 and 2001 totaled $1,666,366 and $1,542,871, respectively, and is included in advertising and promotion in the accompanying statements of revenue, expenses, and changes in net assets. The Enterprise reimbursed the Resort $567,805 and $468,744 for the years ended June 30, 2002 and 2001, respectively, for payroll associated with Resort employees assigned to serve the expanded gaming facility. The payroll reimbursement is included in payroll and benefits in the accompanying statements of revenue, expenses, and changes in net assets as of June 30, 2002 and 2001.

(Continued)

**SJ002638**

**MICCOSUKEE INDIAN BINGO**

(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Notes to Financial Statements

June 30, 2002 and 2001

During 2002, the Enterprise paid for certain operating expenses on behalf of the Miccosukee Golf and Country Club, a separate economic development enterprise of the Tribe, which are reflected as a receivable in the accompanying statements of net assets.

SJ002639

**MICCOSUKEE INDIAN BINGO**
(A Tribal Enterprise of the Miccosukee Tribe of Indians of Florida)

Supplemental Schedule of Net Operating Revenue

Years ended June 30, 2002 and 2001

|  | | 2002 | 2001 |
|---|---|---|---|
| Pulltab revenue | $ | 440,174,291 | 384,818,363 |
| Pulltab payouts | | 324,102,243 | 279,601,146 |
| Pulltab revenue, net | $ | 116,072,048 | 105,217,217 |
| | | | |
| Bingo revenue | $ | 17,967,231 | 17,737,178 |
| Bingo prizes | | 11,130,148 | 11,124,326 |
| Bingo revenue, net | $ | 6,837,083 | 6,612,852 |

SJ002640