IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 1:14-cv-22441-CMA |
| ) | |
| SALLY JIM ) | |
| Defendant. ) | |

**AGREED MOTION TO CONTINUE TRIAL**

The parties submit this Agreed Motion to Continue the Trial currently scheduled for July 25, 2016, and would ask the Court to continue the matter until a later date due to scheduling conflicts with counsel for Sally Jim and in support of said Motion and the Relief Requested would State as follows:

1. On March 29, 2016, the Court issued its scheduling order setting this matter for trial during the week of July 25, 2016.

2. Counsel for Sally Jim has made the parties aware of a conflict on his schedule. Prior to the Court's March 29, 2016, scheduling order, the Counsel for Defendant Sally Jim scheduled travel to the State of Utah with his family from July 22, 2016 through July 30, 2016, thereby conflicting with the scheduled trial date.

3. This is the first time that this matter has been set by the Court for Trial and no other continuance of this trial date has been requested.  Moreover, as evidenced by Defendant and Defendant-Intervenor's joint stipulation filed on May 12, 2016, which withdraws their demand for trial by jury, the parties no longer require a jury trial, alleviating some of the burden associated with rescheduling trial.

4. Counsel for all parties involved, including the intervenor, do not oppose the request to continue this matter.

WHEREFORE, in accordance with the above and foregoing, the parties request the Court grant the following relief:

1. Continue this matter and remove it from the Court's Trial Docket currently set for the week of July 25, 2016.

2. Reset this matter on the Court's next available trial docket.

3. For such further and other relief as the Court deems just and proper.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

| | |
|---|---|
| CAROLINE D. CIRAOLO<br>Acting Assistant Attorney General<br>Tax Division | By: s/Robert O. Saunooke<br>ROBERT O. SAUNOOKE, ESQ.<br>Fla. Bar Number 972827<br>ndnlawyer@hotmail.com |
| By: s/ William E. Farrior<br>ROBERT L. WELSH<br>S.D. Fla. Bar No. A5500117<br>WILLIAM E. FARRIOR<br>S.D. Fla. Bar No. A5501479<br>U.S. Department of Justice<br>Trial Attorneys, Tax Division<br>Post Office Box 14198<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 514-6068<br>Facsimile: (202) 514-9868<br>Robert.L.Welsh@usdoj.gov<br>William.E.Farrior@usdoj.gov | SAUNOOKE LAW FIRM PA<br>18620 SW 39th Court<br>Miramar, FL 33029<br>Telephone: 561-302-5297<br>Facsimile: 954-499-0598<br><br>*Attorney for Sally Jim* |

Of Counsel:
WIFREDO A. FERRER
United States Attorney

*Attorneys for the Plaintiff*

/s/ *George B. Abney*
GEORGE B. ABNEY
Florida Bar Number 171557
george.abney@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7980
Facsimile: 404-253-8380

*Attorney for Defendant-Intervenor Miccosukee Tribe of Indians of Florida*

3

13274700.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that it will be served accordingly on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                      s/ George B. Abney.
GEORGE B. ABNEY
Florida Bar Number 171557
george.abney@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7980
Facsimile: 404-253-8380

13274700.1